IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**KIPPY ANTHONY LADNIER, JR.**                                                              **PLAINTIFF**

**VERSUS**                                                  **CIVIL ACTION NO. 1:22-cv-00167-RPM**

**TYRONE NELSON, et al.**                                                              **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the requirement for a separate document under Federal Rule of Civil Procedure 58(a), and in light of the Court's Memorandum Opinion and Order of Dismissal entered this day, the Court hereby enters its Final Judgment in this civil action.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Motion [32] for Summary Judgment filed by Defendants Captain Tyrone Nelson and Sheriff Mike Ezell is **GRANTED**. Plaintiff Kippy Anthony Ladnier, Jr.'s claims against them are **DISMISSED WITH PREJUDICE**.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that this case is closed.

**SO ORDERED AND ADJUDGED,** this 24th day of May, 2024.

/s/ *Robert P. Myers, Jr.*
ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE